IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS JOSEPH STABLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOGEL COMMERCIAL REFRIGERATOR CO. | : | NO. 02-2789 |

**ORDER**

AND NOW, this 26TH day of September, 2002, in accordance with Local Rule 72.1, it is **ORDERED** that this case is referred to the Honorable M. Faith Angell, United States Magistrate Judge, for:

/ /   TRIAL, pursuant to 18 U.S.C. § 3401 and the Rules of Procedure for the Trial of Minor Offenses before United Sates Magistrates, adopted by the United States Supreme Court, January 27, 1971.

   APPEAL   U.S.C.A. _____   U.S.D.C. _____

/ /   HEARING AND DETERMINATION, pursuant to 28 U.S.C. § 636(a)(1)(A), of the following pretrial matter(s):_____
_____
_____.

/ /   Preliminary review and submission of a Report and Recommendation with respect to:
   / /   the 2254 petition pending herein.
   / /   the 2255 petition pending herein.
   / /   the prisoner petition challenging conditions of confinement pending herein.

/ /   Conducting hearings, including evidentiary hearings, if necessary, and submission of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B)&(C) of the following:____
_____
_____.

/ /   Conducting hearings, including evidentiary hearings, if necessary, and submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B)&(C), and, as applicable, Rule 8(b) of the Rules Governing Section 2254 cases or Rule 8(b) of the Rules Governing Section 2255 Cases, of:
   / /   the 2254 petition pending herein.
   / /   the 2255 petition pending herein.
   / /   the prisoner petition challenging conditions of confinement pending herein.

/ /   Serving as Special Master to hear, determine and report, which shall include findings of fact and conclusions of law, in accordance with the provisions of Fed.R.Civ.P. 53, the following: _____
_____.

/ /   Report and Recommendation on cross-motions for summary judgment, pursuant to 28 U.S.C. § 636(b)(1)(B).

/ x /   **Settlement discussions.**

ATTEST:                              OR                   BY THE COURT:

By:_____                              /s/ Norma L. Shapiro, J.
   Deputy Clerk                                                                        S.J.