```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**FRANCIS JOSEPH STABLER**              :       CIVIL ACTION
                                        :
    **v.**                                  :
                                        :
**FOGEL COMMERCIAL REFRIGERATOR CO.**   :       NO. 02-2789

<u>**ORDER**</u>

     AND NOW, this 26 day of September, 2002, it is **ORDERED** that the court's Order of September 26, 2002 is amended as follows:

    2.   Defendant shall file and serve a motion regarding statute of limitations issues on or before **October 17, 2002.** Plaintiff shall respond on or before **November 6, 2002.**

                                                    Norma L. Shapiro, S.J.