IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS JOSEPH STABLER | : CIVIL ACTION |
| v. | : |
| FOGEL COMMERCIAL REFRIGERATOR COMPANY | : NO. 02-2789 |

### ORDER

AND NOW, this 17TH day of October, 2002, it is **ORDERED** that the final pretrial conference previously noticed for January 20, 2003, will be held **JANUARY 21, 2003** at **3:00 p.m.** Oral argument will be held on any outstanding motions at that time. The case will be placed in the jury trial pool on January 22, 2003. All other provisions of this court's Order of September 24, 2002, as amended September 26, 2002, remain unchanged.

ATTEST:                                          or        BY THE COURT:

_____                             /s/ Norma L. Shapiro, J.
Madeline F. Ward, Deputy Clerk                              Norma L. Shapiro, J.